Margaret Goldman, Respondent, *v.* George A. Carden et al., Individually and as Copartners under the Firm Name of Carden, Green & Co., Appellants, Impleaded with Others.

(Argued March 29, 1932; decided April 26, 1932.)

*Martin A. Schenck* and *William J. Carr* for appellants. *Herman Shulman, Mortimer Hays, Charles E. Rhodes* and *David L. Podell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, O'Brien, Hubbs and Crouch, JJ.   Not sitting: Kellogg, J.